UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELFRIDA V. JOHNSON** | **CIVIL ACTION** |
| **VERSUS** | **NO: 04-02966** |
| **JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION** | **SECTION: "I" (4)** |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objection by plaintiff, Ms. Elfrida V. Johnson, which is hereby **OVERRULED**, approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly,

**IT IS THEREFORE ORDERED** that the claims of Ms. Elfrida Johnson be dismissed as they are frivolous because the limitations period for challenging the application of the combined family income maximum rule has run and there is no record that she has submitted an application for benefits on the account of her husband, Mr. Raymond Johnson.

New Orleans, Louisiana, this    14th    day of December, 2007.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE